UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, Olmsted County District
Court, Olmsted County Attorney Office, Olmsted
County Sheriff Department, City of Rochester Police
Department, State of Minnesota, any or all
instrumentalities, including any real parties of
interest that are principals to the State of Minnesota,

       Plaintiffs,                         Civil No. 05-2392 (RHK/JSM)

vs.                            **DISQUALIFICATION AND**
                                   **ORDER FOR REASSIGNMENT**

Hillmar-Ivan Bittner, one of the
registered lineal descendants of the
Pembina Nation-Little Shell Band of N.A.,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 24, 2005

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge